IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAKOTA HOLT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 1:19-cv-00373-TCB |
| WAFFLE HOUSE, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: March 25, 2019.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B

1

Atlanta, Georgia 30306  
Tel: (404) 365-4460  
Fax: (855) 415-2480  
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on March 25, 2019, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same was served via electronic mail as follows:

Gregory J. Newman, Esq.  
Vice President – Litigation Counsel  
5986 Financial Drive  
Norcross, Georgia 30071  
Fax: (770) 729-5959  
gregnewman@wafflehouse.com

/s/Craig J. Ehrlich  
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich  
Craig J. Ehrlich